IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Johnnie L. Tompkins #210699 )
Full name and prison number )
of plaintiff(s) )
)
v. )   CIVIL ACTION NO. 2:06cv1106-MEF
)   (To be supplied by Clerk of
Mrs. S. Hayes Classfacation )   U.S. District Court)
and Wallace Community )
College Sparks Campus at )
Easterling Correctional Facility )
)
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

RECEIVED
2006 DEC 14 A 10:15
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (X)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (X)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |

1. Mrs. Hayes S. 200 Wallace Dr Clio, Al 36017
2. Wallace Community College Sparks Campus
3. at Easterling Correctional Facility
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED ~~____~~ Jan 1, 2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Discrimanation not given equal opportunity as other inmates to get a (G.E.D. or Trade)

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I was told by a Mr. Hutto (Suppertendent) of Wallace Comm. College that I was termanated ~~to~~ Without Cause

GROUND TWO: absolutely no help from Mrs. Hayes (Classfacation advisor) as She is aware of the

SUPPORTING FACTS: Situation.

GROUND THREE:

SUPPORTING FACTS:

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

To assist me with an opportunity to get an education.

_Johnie L. Tompkins_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 12-07-06
(Date)

_Johnie L. Tompkins_
Signature of plaintiff(s)

4