In The District Court of the United States for the Middle District of Alabama Northern Division

Johnnie L. Tompkins
AIS #210699

Plaintiff

v.

Sandra Hayes, et al.,
Defendants

Civil Action NO-2:06-CV-1106-Mef
[WO]

RECEIVED
2007 JAN 10 A 10:03
DEBRA P. H[...]
U.S. DIST[...]
MIDDLE DI[...]

## Objections to the Recommendation

Come now the Plaintiff Johnnie L. Tompkins pro, Se moves the honorable Court for Objection, and as ther for States the following grounds;

(1) On or about Jan, 1. 2006 The defendant Sandra Hayes Violated the plaintiff Constitutional rights when for no reason he were terminated his placement in an educational program offered by the Wallace Community College at Easterling Correctional Facility. Specifically. Tompkins Contends that defendants Hayes and Wallace Community College Subjected him to discrimination [because he was] not given equal opportunity as other inmates to get a G.E.D. or Trade)."

(2) Plaintiff object because the fact defendants engaged in invidious discrimination based on race, religion, national origin, porerty or some other Constitutionally proteced interest U.S.C.A. Const, Amend. 14.

(3) The plaintiff Claimed that defendants had Violated my right to due process and equal protection, had Subjected plaintiff to Cruel and unusal punishment by keeping from particpateion from geten a G.E.D. or Trade School, Classforcation reconmended that plaintiff take a Trade or G.E.D. plaintiff was put out of Trade and took a G.E.D. test and was aprove but defendant Sandra Hayes denied it.

(4) See Writ doctrine. 28 U.S.C.n.§ 2254 In any personnel action in which the issue of discrimination on the basis of race, Color, religion, Sex or national Origin has been raised by the aggrieved person.

#5 The Defendant's Acted in Treating the Plaitiff indiffeaentiy from the other inmates, These Defendant's has Stepped over the Line is to ascertain the level of justification that the defendant's will be required to provide to explain it's actions, of Discrimination

#6 To establish equal protection Claim, prisoner must demonstrate that (1) he is Similarly Situated with other prisoners who received more favorable treatment; and (2) his discriminatory treatment was based on Some Constitutionally protected interest Such as race. U.S.C.A. Const. Amend. 14. Constitutional Law 223, 250.3

#7 See Exhibits (A) and (B) where plaintiff have Seek help in this Matter these exhibits is Some proof.

Wherefore the plaintiff has demonstrate that the defendant's did discriminated against him, The plaintiff prays that this Honorable Court will grant his objections and take action

This matter at the earliest possible time

Respectfully Submitted this <u>Jan</u> day of <u>02</u>
<u>2007</u>.

<u>Johnnie Tompkins</u> #210699
Signature of plaintiff

I declare under penalty of prejury that the foregoing pleading is true and correct. <u>1-02-07</u>   <u>Johnnie Tompkins</u> #210699
Date           Signature of plaintiff

Certificate of Service

I certify that a true copy of the foregoing pleading has been served upon the defendants by U.S. frist Class Mail, Personal Service on the <u>Jan</u> day of <u>02</u>, <u>2007</u>.   <u>Johnnie Tompkins</u> #210699
Signature of plaintiff

Exhibit (A)

**INMATE REQUEST SLIP**

Name: Johnnie Tompkins   Quarters: 7B-102   Date: 11-27-06
AIS #: 210699

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problem
( ) Special Visit     ( ) Time Sheet        (X) Other: School

Briefly Outline Your Request - Then Drop In Mail Box

Dera Cap. Scgayers. I have wrote you about me being put out of School for no reason, at less I was not giving one. I have also tride to get in touch with my Classifcation addvisor and have not goten a respond. I await your answer.

Do Not Write Below This Line - **For Reply Only**

I was told that you were discriptive to the program.

Approved    Denied    Pay Phone    Collect Call

Request Directed To: (Check One)
( ) Warden                       ( ) Deputy Warden                      ( ) Captain
( ) Classification Supervisor    ( ) Legal Officer - Notary Public      ( ) Record Office

Exhibit B

Received

DEC 08 2006

Warden II Office

INMATE REQUEST SLIP

Name Johnnie Tompkins  Quarters 7B-102  Date 12-8-06

AIS # 210699

( ) Telephone Call  ( ) Custody Change  ( ) Personal Problem
( ) Special Visit    ( ) Time Sheet      (X) Other School

Briefly Outline Your Request - Then Drop In Mail Box

Dera Warden Davenport I am writing you because I have being trying to get back in School and I have also have tryed to seek my Classfacation advisor for assistance and haven't goten any in the pass year. Would you be some assistance of helping me (Mrs Hayes) is my Classfacation advisor and I thank you in advance.

Do Not Write Below This Line - For Reply Only

You can go see Mrs. Hayes during the time she has "Open House." Send her a request slip asking for permission to see her during that time.

CDavenport

Pay Phone  08 Dec 06  Collect Call

Approved    Denied

Request Directed To: (Check One)
( ) Warden                    ( ) Deputy Warden           ( ) Captain
( ) Classification Supervisor ( ) Legal Officer - Notary  ( ) Record Office
                                  Public