IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JOHNNIE L. THOMPKINS, #210699, )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>SANDRA HAYES, *et al.,* )<br>)<br>    Defendants. ) | CASE NO. 2:06-cv-1106-MEF<br>        WO |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #5) to the Recommendation of the Magistrate Judge (Doc. #3) filed on January 10, 2007 is overruled;

2. The Recommendation of the Magistrate Judge entered on December 20, 2006 is adopted;

3. This case is DISMISSED with prejudice prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

DONE this 12th day of January, 2007.

                                                          /s/ Truman Hobbs
                                    SENIOR UNITED STATES DISTRICT JUDGE