IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JOHNNIE L. THOMPKINS, #210699, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-1106-MEF |
| ) | WO |
| SANDRA HAYES, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #5) to the Recommendation of the Magistrate Judge (Doc. #3) filed on January 10, 2007 is overruled;

2. The Recommendation of the Magistrate Judge entered on December 20, 2006 is adopted;

3. This case is DISMISSED with prejudice prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

DONE this 12th day of January, 2007.

/s/ Truman Hobbs
SENIOR UNITED STATES DISTRICT JUDGE